AO 440 (Rev. 8/01) Summons in a Civil Action

27594

# UNITED STATES DISTRICT COURT

_____ District of _____ Delaware _____

JOHN and DEBORAH FLICK, Co-Administrators
of the Estate of VICTORIA C. FLICK, deceased
and JOHN and DEBORAH FLICK, in their own
right

V.

VAIL PRODUCTS, INC. and CHARLES H. ASCHOFF
d/b/a ALL AROUND BETTER CARE

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-109

TO: (Name and address of Defendant)

   CHARLES H. ASCHOFF d/b/a ALL AROUND BETTER CARE
   459 NOLF ROAD
   NAZARETH, PA  18064

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                    2-23-05

CLERK                                              DATE

_[signature]_

(By) DEPUTY CLERK

‰AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 3/2/05 |
| NAME OF SERVER (PRINT) Richard Ehrlich | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Accepted by Bonnie Aschoff (wife) at 459 Nolf Rd., Nazareth, PA

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/2/05
            Date

Signature of Server

Dennis Richman's SErvices
1617 JFK Blvd., Phila., PA 19103

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.