UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN AND DEBORAH FLICK, Co-Administrators Of the Estate of VICTORIA C. FLICK, Deceased and JOHN AND DEBORAH FLICK, In Their Own Right,<br><br>   Plaintiffs,<br><br>v.<br><br>VAIL PRODUCTS, INC. and CHARLES H. ASCHOFF d/b/a ALL AROUND BETTER CARE<br><br>   Defendants. | )<br>)<br>)<br>)  C.A. No. 05-109<br>)<br>)  TRIAL BY JURY OF TWELVE<br>)  DEMANDED<br>)<br>)  E-FILED<br>)<br>)<br>)<br>)<br>)<br>) |

**ENTRY OF APPEARANCE**

**WITHOUT WAIVER** of any affirmative defenses, including but not limited to insufficiency of process, failure to state a claim upon which relief can be granted and/or statute of limitations;

**PLEASE ENTER THE APPEARANCE** of John D. Balaguer, Esquire on behalf of defendant, Vail Products, Inc.

WHITE and WILLIAMS LLP

_(signature)_

JOHN D. BALAGUER (#2537)
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
(302) 467-4501
*Attorney for Defendant,*
Vail Products, Inc.

Dated: March 29, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN AND DEBORAH FLICK, Co-Administrators Of the Estate of VICTORIA C. FLICK, Deceased and JOHN AND DEBORAH FLICK, In Their Own Right,<br><br>Plaintiffs,<br><br>v.<br><br>VAIL PRODUCTS, INC. and CHARLES H. ASCHOFF d/b/a ALL AROUND BETTER CARE<br><br>Defendants. | )<br>)<br>)<br>)  C.A. No. 05-109<br>)<br>)<br>)  TRIAL BY JURY OF TWELVE<br>)  DEMANDED<br>)<br>)<br>)  E-FILED<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I, John D. Balaguer, Esquire do hereby certify that on this      day of March, 2005, two copies of the foregoing **ENTRY OF APPEARANCE** were served upon the following via electronic filing and/or regular U.S. First Class Mail, postage prepaid:

Robert N. Hunn, Esquire
Kolsby, Gordon, Robin, Shore & Bezar
Suite 2250
1650 Market Street, 22nd Floor
Philadelphia, PA  19103

Ben T. Castle, Esquire
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391

WHITE and WILLIAMS LLP

JOHN D. BALAGUER (#2537)
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE  19899-0709
(302) 467-4501
*Attorney for Defendant,*
Vail Products, Inc.