IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JOHN and DEBORAH FLICK, Co-
Adminstrators of the Estate of
VICTORIA C. FLICK, Deceased and
JOHN and DEBORAH FLICK, In
Their Own Right
9 Kenley Court
Bear, Delaware 19706,

       Plaintiffs,

v.                                  CIVIL ACTION NO. 05-109

VAIL PRODUCTS, INC.
235 First Street
Toledo, Ohio 46305

       -and-

CHARLES H. ASCHOFF d/b/a ALL
AROUND BETTER CARE
459 Nolf Road
Nazareth, Pennsylvania 18064,

       Defendants.

## CERTIFICATE OF SERVICE

    I hereby certify that on April 12, 2005, I sent the ANSWER, CROSSCLAIMS, AND AFFIRMATIVE DEFENSES OF DEFENDANT CHARLES H. ASCHOFF d/b/a ALL AROUND BETTER CARE on the following as indicated:

**Via United States Mail, first class, postage prepaid**
Robert N. Hunn, Esq.
F. Philip Robin, Esq.
Kolsby, Gordon, Robin, Shore & Bezar
Suite 2250, 1650 Market Street
Philadelphia, PA 19103

**<u>Via Hand Delivery</u>**
Ben T. Castle, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Bldg
1000 West Street, 17th Floor
Wilmington, DE 19801

        **DRINKER BIDDLE & REATH LLP**

        /s/ David P. Primack
        David P. Primack, Esq. (DE 4449)
        1100 North Market Street, Suite 1000
        Wilmington, Delaware 19801-1254
        Tel: (302) 467-4200
        Fax: (302) 467-4201