IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

2005 APR 19 PM 3:28

JOHN and DEBORAH FLICK, Co-
Adminstrators of the Estate of VICTORIA C.
FLICK, Deceased and JOHN and DEBORAH
FLICK, In Their Own Right
9 Kenley Court
Bear, Delaware 19706,

    Plaintiffs,
v.              CIVIL ACTION NO. 05-109 JJF

VAIL PRODUCTS, INC.
235 First Street
Toledo, Ohio 46305        JURY TRIAL DEMANDED

 -and-

CHARLES H. ASCHOFF d/b/a ALL
AROUND BETTER CARE
459 Nolf Road
Nazareth, Pennsylvania 18064,

    Defendants.

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, undersigned counsel moves for the admission *pro hac vice* of Matthew P. O'Malley and Joseph K. Cobuzio to represent defendant Charles H. Aschoff d/b/a All Around Better Care in the above-captioned matter.

Dated: April 19, 2005      /s/ Andrew J. Flame
              Andrew J. Flame (DE 4398)
              David P. Primack (DE 4449)
              DRINKER BIDDLE & REATH LLP
              1100 N. Market Street, Suite 1000
              Wilmington, DE 19801-1254
              (302) 467-4200 tel.
              (302) 467-4201 fax

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JOHN and DEBORAH FLICK, Co-
Adminstrators of the Estate of VICTORIA C.
FLICK, Deceased and JOHN and DEBORAH
FLICK, In Their Own Right
9 Kenley Court
Bear, Delaware 19706,

        Plaintiffs,
v.                                              CIVIL ACTION NO. 05-109 JJF

VAIL PRODUCTS, INC.
235 First Street
Toledo, Ohio 46305                              JURY TRIAL DEMANDED

   -and-

CHARLES H. ASCHOFF d/b/a ALL
AROUND BETTER CARE
459 Nolf Road
Nazareth, Pennsylvania 18064,

        Defendants.


**ORDER GRANTING MOTION FOR THE ADMISSION OF MATTHEW P. O'MALLEY
AND JOSEPH K. COBUZIO PRO HAC VICE**

    IT IS HEREBY ORDERED that counsel's motion for admission of Matthew P. O'Malley and Joseph K. Cobuzio *pro hac vice* is GRANTED.


Date: _____          _____
                                        The Honorable Joseph J. Farnan, Jr.
                                        United States District Judge

2

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New Jersey, and pursuant to Local Rule 83.6 submit to disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon filing of this motion.

Dated: April 19, 2005

Matthew P. O'Malley, Esq.
Tompkins, McGuire, Wachenfeld & Barry, LLP
Four Gateway Center, 5th Floor
100 Mulberry Street
Newark, NJ 07102
(973) 622-3000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New Jersey, and pursuant to Local Rule 83.6 submit to disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon filing of this motion.

Dated: April 1Y, 2005

_____
Joseph K. Cobuzio, Esq.
Tompkins, McGuire, Wachenfeld & Barry, LLP
Four Gateway Center, 5th Floor
100 Mulberry Street
Newark, NJ 07102
(973) 622-3000

4