UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN AND DEBORAH FLICK, Co-Administrators<br>Of the Estate of VICTORIA C. FLICK, Deceased and<br>JOHN AND DEBORAH FLICK, In Their Own<br>Right<br><br>VS.<br><br>VAIL PRODUCTS, INC. and CHARLES H. ASCHOFF<br>d/b/a ALL AROUND BETTER CARE | :DOCKET #05-109<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**PLAINTIFFS' INITIAL DISCLOSURE STATEMENT
PURSUANT TO FEDERAL CIVIL PROCEDURE 26**

Plaintiffs, by their counsel, Kolsby, Gordon, Robin, Shore & Bezar hereby make initial disclosure pursuant to Federal Rule of Civil Procedure 26(a)(1).

I. **INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION**

1. Debra Flick
   9 Kenley Court
   Bear, Delaware  19703

2. John Flick
   9 Kenley Court
   Bear, Delaware  19703

3. Laura Giorgi
   84 Oak Street
   Bennington, Vermont  05021

4. Alfonso Giorgi
   84 Oak Street
   Bennington, Vermont  05021

II. **DOCUMENTS**

1. Death Certificate

2. Funeral service pamphlet

3. Obituary

4. Police Investigation File

5. 56 police photographs

6. 2 photographs of Vail Bed

7. Vail Bed brochure

8. Police investigation videotape

9. Vail Bed Assembly and Instruction Manual

10. Vail Bed Invoice

11. JC Penny Invoice

12. Exceptional Parent Magazine

13. Letter from Vail Products

14. Vail 1000 Enclosed Bed

15. Bedding material

16. FDA file on Vail Products (FOIA Request)

17. Autopsy Report on Victoria Flick

18. Installation Instructions for the Vail 1000/2000 end rails

19. Five photographs of Victoria Flick Prior to her Death

Plaintiff is also in possession of information downloaded from the Vail Products, Inc website as well as information downloaded from the FDA website regarding Vail Products, Inc. The information is available to all parties on the internet.

KOLSBY, GORDON, ROBIN, SHORE & BEZAR

_____
ROBERT N. HUNN
ATTORNEY FOR PLAINTIFFS

One Liberty Place – 22nd Floor
1650 Market Street
Philadelphia, PA  19103
(215) 851-9700
Attorney I.D. No. 48031
rnh@kgrs.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN and DEBORAH FLICK, Co-Administrators of the Estate of VICTORIA C. FLICK, Deceased, and JOHN and DEBORAH FLICK, In Their Own Right,<br><br>Plaintiffs,<br><br>v.<br><br>VAIL PRODUCTS, INC., and CHARLES H. ASCHOFF d/b/a ALL AROUND BETTER CARE,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 05-109 (JJF)<br>)<br>) E-FILED<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I hereby certify that I caused two copies each of PLAINTIFFS' INITIAL DISCLOSURE STATEMENT PURSUANT TO FEDERAL CIVIL PROCEDURE 26 and this Notice of Service to be served by mail and filed electronically on the following attorneys on May 3, 2005:

Matthew P. O'Malley, Esquire
Tompkins, McGuire, Wachenfeld & Barry, LLP
Four Gateway Center – 5th Floor
100 Mulberry Street
Newark, NJ 07102

Andrew J. Flame, Esquire
Drinker, Biddle & Reath, LLC
1100 North Market Street, Suite 1000
Wilmington, DE 19801-1254

John D. Balaguer, Esquire
White and Williams
824 North Market Street, Suite 902
Wilmington, DE 19899-0709

_/s/ Ben T. Castle_
Ben T. Castle (520)
Neilli Mullen Walsh (2707)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
(302) 571-6618/6603
Attorneys for Plaintiffs

Dated: 5/3/05