## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

JOHN and DEBORAH FLICK, Co-
Adminstrators of the Estate of
VICTORIA C. FLICK, Deceased and
JOHN and DEBORAH FLICK, In
Their Own Right
9 Kenley Court
Bear, Delaware 19706,

        Plaintiffs,

   v.                          CIVIL ACTION NO. 05-109

VAIL PRODUCTS, INC.
235 First Street
Toledo, Ohio 46305

    -and-

CHARLES H. ASCHOFF d/b/a ALL
AROUND BETTER CARE
459 Nolf Road
Nazareth, Pennsylvania 18064,

       Defendants.

---

### ANSWER AND DENIAL OF ALL CROSS-CLAIMS PRESENT AND FUTURE ON BEHALF OF DEFENDANT CHARLES H. ASCHOFF d/b/a ALL AROUND BETTER CARE

---

Defendant CHARLES H. ASCHOFF d/b/a ALL AROUND BETTER CARE ("Aschoff"), by way of Answer to the Cross-Claim of Vail Products, Inc. and such other and further Cross-Claims as may be asserted in this action, responds and answers as follows:

86.  Denied.

87.  Denied.

88.  Denied.

## DENIAL OF ALL CROSS-CLAIMS

89.  Aschoff denies any cross-claims that have been or may be asserted in this matter.

**DRINKER BIDDLE & REATH LLP**

_____/s/  Andrew J. Flame_____
Andrew J. Flame, Esq. (DE 4398)
David P. Primack, Esq. (DE 4449)
1100 North Market Street, Suite 1000
Wilmington, Delaware 19801-1254
Tel: (302) 467-4200
Fax: (302) 467-4201

-and-

**Of Counsel**
Joseph K. Cobuzio, Esq. (admitted *pro hac vice*)
Matthew P. O'Malley, Esq. (admitted *pro hac vice*)
TOMPKINS, McGUIRE, WACHENFELD & BARRY, LLP
Four Gateway Center, 5th Floor
100 Mulberry Street
Newark, N.J. 07102
Tel:  (973) 622-3000
Fax:  (973) 623-7780
Email: jcobuzio@tompkinsmcguire.com;
momalley@tompkinsmcguire.com