**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

JOHN and DEBORAH FLICK, Co-
Adminstrators of the Estate of
VICTORIA C. FLICK, Deceased and
JOHN and DEBORAH FLICK, In
Their Own Right
9 Kenley Court
Bear, Delaware 19706,

        Plaintiffs,

   v.                        CIVIL ACTION NO. 05-109

VAIL PRODUCTS, INC.
235 First Street
Toledo, Ohio 46305

       -and-

CHARLES  H.  ASCHOFF  d/b/a  ALL
AROUND BETTER CARE
459 Nolf Road
Nazareth, Pennsylvania 18064,

        Defendants.

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 4, 2005, I sent the ANSWER AND
DENIAL OF ALL CROSS-CLAIMS PRESENT AND FUTURE ON BEHALF OF
DEFENDANT CHARLES H. ASCHOFF d/b/a ALL AROUND BETTER CARE on the
following as indicated:

**Via United States Mail, first class, postage prepaid**
Robert N. Hunn, Esq.
F. Philip Robin, Esq.
Kolsby, Gordon, Robin, Shore & Bezar
Suite 2250, 1650 Market Street
Philadelphia, PA 19103

**<u>Via Hand Delivery</u>**
Ben T. Castle, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Bldg
1000 West Street, 17th Floor
Wilmington, DE 19801

**DRINKER BIDDLE & REATH LLP**

_/s/  David P. Primack_
David P. Primack, Esq. (DE 4449)
1100 North Market Street, Suite 1000
Wilmington, Delaware 19801-1254
Tel: (302) 467-4200
Fax: (302) 467-4201