IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JOHN and DEBORAH FLICK, Co-Adminstrators of the Estate of VICTORIA C. FLICK, Deceased and JOHN and DEBORAH FLICK, In Their Own Right
9 Kenley Court
Bear, Delaware 19706,

    Plaintiffs,

v.

VAIL PRODUCTS, INC.
235 First Street
Toledo, Ohio 46305

 -and-

CHARLES H. ASCHOFF d/b/a ALL AROUND BETTER CARE
459 Nolf Road
Nazareth, Pennsylvania 18064,

    Defendants.

CIVIL ACTION NO. 05-109 JJF

## NOTICE OF SERVICE OF RULE 26(a)(1) INITIAL DISCLOSURES

 I, David P. Primack, hereby certify that on this 4th day of May, 2005, the INITIAL DISCLOSURES OF DEFENDANT CHARLES H. ASCHOFF d/b/a ALL AROUND BETTER CARE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26 was served on the following as indicated:

**Via United States Mail, first class, postage prepaid**
Robert N. Hunn, Esq.
Kolsby, Gordon, Robin, Shore & Bezar P.C.
One Liberty Place, 22nd Floor
1650 Market Street
Philadelphia, PA 19103

**Via United States Mail, first class, postage prepaid**
Ben T. Castle, Esq.
Young Conaway Stargatt & Taylor
The Brandywine Bldg
1000 West Street, 17th Floor
Wilmington, DE 19801

WM\4033\1

**Via United States Mail, first class, postage prepaid**
John D. Balaguer, Esq.
White and Williams
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709


                    **DRINKER BIDDLE & REATH LLP**

                      /s/    David P. Primack
David P. Primack, Esq. (DE 4449)
1100 North Market Street, Suite 1000
Wilmington, Delaware 19801-1254
Tel: (302) 467-4200
Fax: (302) 467-4201