IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN and DEBORAH FLICK, <br> Co-Administrators of the Estate of <br> VICTORIA C. FLICK, Deceased, and <br> JOHN and DEBORAH FLICK, In <br> Their Own Right, <br><br> Plaintiffs, <br><br> v. <br><br> VAIL PRODUCTS, INC., and <br> CHARLES H. ASCHOFF d/b/a <br> ALL AROUND BETTER CARE, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 05-109 (JJF) <br> ) <br> ) E-FILED <br> ) <br> ) <br> ) <br> ) |

NOTICE OF SERVICE

I hereby certify that copies of PLAINTIFFS' INTERROGATORIES ADDRESSED TO DEFENDANT VAIL PRODUCTS, INC. – SET I; PLAINTIFFS' REQUEST FOR PRODUCTION OF DOCUMENTS ADDRESSED TO DEFENDANT, VAIL PRODUCTS, INC. – SET I; PLAINTIFFS' INTERROGATORIES ADDRESSED TO DEFENDANT, CHARLES H. ASCHOFF D/B/A ALL AROUND BETTER CARE; and PLAINTIFFS' REQUEST FOR PRODUCTION OF DOCUMENTS ADDRESSED TO DEFENDANT, CHARLES H. ASCHOFF D/B/A ALL AROUND BETTER CARE – SET I were served by mail on the following attorneys on May 23, 2005:

Matthew P. O'Malley, Esquire
Tompkins, McGuire, Wachenfeld & Barry, LLP
Four Gateway Center – 5th Floor
100 Mulberry Street
Newark, NJ 07102

Andrew J. Flame, Esquire
Drinker, Biddle & Reath, LLC
1100 North Market Street, Suite 1000
Wilmington, DE 19801-1254

John D. Balaguer, Esquire
White and Williams
824 North Market Street, Suite 902
Wilmington, DE 19899-0709

Dated: 5/27/05

_/s/ Ben T. Castle_
Ben T. Castle (520)
Neilli Mullen Walsh (2707)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
(302) 571-6618/6603
Attorneys for Plaintiffs