IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN and DEBORAH FLICK, Co-Administrators of the Estate of VICTORIA C. FLICK, Deceased, and JOHN and DEBORAH FLICK, In Their Own Right,<br><br>                    Plaintiffs,<br><br>        v.<br><br>VAIL PRODUCTS, INC., and CHARLES H. ASCHOFF d/b/a ALL AROUND BETTER CARE,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 05-109 (JJF)<br>)<br>)  E-FILED<br>)<br>)<br>)<br>) |

### NOTICE OF SERVICE

I hereby certify that copies of documents identified in Plaintiffs' Initial Disclosure Statement were served by mail on the following attorneys on May 25, 2005:

Matthew P. O'Malley, Esquire
Tompkins, McGuire, Wachenfeld & Barry, LLP
Four Gateway Center – 5th Floor
100 Mulberry Street
Newark, NJ 07102

John D. Balaguer, Esquire
White and Williams
824 North Market Street, Suite 902
Wilmington, DE 19899-0709

                    YOUNG CONAWAY STARGATT & TAYLOR, LLP

                    /s/ Ben T. Castle
                    Ben T. Castle (520)
                    Neilli Mullen Walsh (2707)
                    1000 West Street, 17th Floor
                    Wilmington, DE 19899-0391
                    (302) 571-6618/6603
                    Attorneys for Plaintiffs

Dated: 6/1/05

LAW OFFICES
# KOLSBY, GORDON, ROBIN, SHORE & BEZAR
A PROFESSIONAL CORPORATION

5/25/05

ROBERT N. HUNN
rnh@kgrs.com

ONE LIBERTY PLACE
22ND FLOOR
1650 MARKET STREET
PHILADELPHIA, PA 19103
(215) 851-9700
TELECOPIER (215) 851-9701

May 25, 2005

MARSHALL A. BERNSTEIN
COUNSEL TO THE FIRM

Matthew P. O'Malley, Esquire
Tompkins, McGuire, Wachenfeld
& Barry, LLP
Four Gateway Center - 5th Floor
100 Mulberry Street
Newark, NJ 07102

John D. Balaguer, Esquire
White and Williams
824 N. Market Street - Suite 902
P.O. Box 709
Wilmington, DE 19899-0709

RE:  **Flick vs. Vail, et al.**

Dear Counsel:

Enclosed herewith please find the documents identified in Plaintiffs' Initial Disclosure Statement. The Vail bed and bedding material can be inspected in my office on a prearranged date and time.

A Certificate of Service is also enclosed.

Very truly yours,

Robert N. Hunn

RNH/jmm
Enclosure

cc:  Andrew J. Flame, Esquire (w/out enc.)
     Ben T. Castle, Esquire (w/out enc.)

## **CERTIFICATE OF SERVICE**

I, Robert N. Hunn, attorney for plaintiffs, hereby certify and state that a true and correct copy of documents identified in Plaintiffs' Initial Disclosure Statement was served by First Class Mail, postage prepaid, this 25th day of May, 2005 upon the following:

>Matthew P. O'Malley, Esquire
Tompkins, McGuire, Wachenfeld & Barry, LLP
Four Gateway Center - 5th Floor
100 Mulberry Street
Newark, New Jersey 07102

>John D. Balaguer, Esquire
White and Williams
824 N. Market Street - Suite 902
P.O. Box 709
Wilmington, DE 19899-0709

>KOLSBY, GORDON, ROBIN, SHORE & BEZAR

>_____
ROBERT N. HUNN
ATTORNEY FOR PLAINTIFFS