UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN AND DEBORAH FLICK, Co-Administrators Of the Estate of VICTORIA C. FLICK, Deceased and JOHN AND DEBORAH FLICK, In Their Own Right,<br><br>         Plaintiffs,<br><br>v.<br><br>VAIL PRODUCTS, INC. and CHARLES H. ASCHOFF d/b/a ALL AROUND BETTER CARE<br><br>         Defendants. | C.A. No. 05-109<br><br>TRIAL BY JURY OF TWELVE DEMANDED<br><br>**E-FILED** |

**DEFENDANT VAIL PRODUCT'S INITIAL DISCLOSURES
PURSUANT TO FRCP 26(a)(1)**

A.   Individuals likely to have discoverable information

    1.   Robert Vail
        Vail Products
        235 First Street
        Toledo, OH  43505

    2.   Joy Vail
        Vail Products
        235 First Street
        Toledo, OH  43605

    3.   John Klotz
        Vail Products
        235 First Street
        Toledo, OH  43605

    4.   George Webb
        Vail Products
        235 First Street
        Toledo, OH  43605

    5.   Glori Finch
        Vail Products
        235 First Street

      6.    Charles H. Ashoff
           459 Nolf Road
           Nazareth, PA 18064

B.    <u>Documents</u>

In addition to those documents identified by co-defendant, Ashoff, see attached documents Bates stamped V0001-V0066.

                         **WHITE and WILLIAMS LLP**

                         JOHN D. BALAGUER (#2537)
                         824 North Market Street, Suite 902
                         P.O. Box 709
                         Wilmington, DE 19899-0709
                         (302) 467-4501
                         balaguerj@whiteandwilliams.com
                         *Attorney for Defendant, Vail Products, Inc.*

Dated: June 2, 2005

DOCS_DE 111674v1

## Certificate of Service

I certify that on the 2nd day of June 2005, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

>Ben T. Castle, Esquire
>Young, Conaway, Stargatt & Taylor
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE 19899-0391
>
>Andrew J. Flame, Esquire
>Drinker Biddle & Reath, LLP
>1100 North Market Street
>Suite 1000
>Wilmington, DE 19801-1254

_____
John D. Balaguer, Esq.