IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN and DEBORAH FLICK, Co-adminstrators of the Estate of VICTORIA C. FLICK, Deceased and JOHN and DEBORAH FLICK, In Their Own Right<br>9 Kenley Court<br>Bear, Delaware 19706<br><br>   Plaintiff,<br><br>v.<br><br>VAIL PRODUCTS, INC.<br>235 First Street<br>Toledo, Ohio 46305<br><br>   -and-<br><br>CHARLES H. ASCHOFF<br>d/b/a ALL AROUND BETTER CARE<br>459 Nolf Road<br>Nazareth, PA 18064<br><br>   Defendants. | CIVIL ACTION NO. 05-109 |

## NOTICE OF SERVICE OF DISCOVERY

The undersigned certifies that on June 3, 2005, a copy of Defendant, Charles H. Aschoff's First Set of Interrogatories and Demand for Documents was served by overnight delivery upon the following:

>Robert N. Hunn, Esq.
>Kolsby, Gordon, Robin, Shore & Bezar, P.C.
>One Liberty Place, 22nd Floor
>1650 Market Street
>Philadelphia, PA 19103
>Attorneys for Plaintiff

WM\4214\1

- 2 -

Ben T. Castle, Esq.
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Attorneys for Plaintiff

John D. Balaguer, Esq.
White & Williams
824 North Market Street, Suite 902
Wilmington, DE 19899-0709
Attorneys for Defendant, Vail Products, Inc.

Dated: June 7, 2005             /s/ David P. Primack
                                David P. Primack (DE 4449)
                                Drinker Biddle & Reath LLP
                                1100 North Market Street, Suite 1000
                                Wilmington, DE 19801-1254
                                Phone: (302) 467-4224