UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN AND DEBORAH FLICK, Co-Administrators Of the Estate of VICTORIA C. FLICK, Deceased and JOHN AND DEBORAH FLICK, In Their Own Right, <br><br>   Plaintiffs, <br><br> v. <br><br> VAIL PRODUCTS, INC. and CHARLES H. ASCHOFF d/b/a ALL AROUND BETTER CARE <br><br>   Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 05-109 JJF <br><br> TRIAL BY JURY OF TWELVE DEMANDED <br><br> **E-FILED** |

## NOTICE OF SERVICE

I, John D. Balaguer, Esquire, do hereby certify that on this 21st day of June 2005, two copies of the above foregoing **DEFENDANT VAIL PRODUCTS' REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO PLAINTIFF** were delivered via first class mail, postage prepaid upon:

Ben T. Castle, Esquire
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
*Counsel for Plaintiffs*

Andrew J. Flame, Esquire
Drinker Biddle & Reath, LLP
1100 North Market Street
Suite 1000
Wilmington, DE 19801-1254
*Counsel for Charles H. Aschoff d/b/a All Around Better Care*

Robert N. Hunn, Esquire
Kolsby, Gordon, Robin, Shore & Bezar
Suite 2250
1650 Market Street
Philadelphia, PA 19103
*Counsel for Plaintiffs*

Joseph K. Cobuzio, Esquire
Tompkins, McGuire, Wachenfeld & Barry, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
*Counsel for Charles H. Aschoff d/b/a All Around Better Care*

2

                                        **WHITE AND WILLIAMS LLP**

By:   /s/ John D. Balaguer
        John D. Balaguer (#2537)
        824 North Market Street, Suite 902
        P.O. Box 709
        Wilmington, DE  19899-0709
        (302) 467-4501
        *Attorney for Defendant,*
        *Vail Products, Inc.*

2