IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN AND DEBORAH FLICK, Co-Administrators Of the Estate of VICTORIA C. FLICK, Deceased and JOHN AND DEBORAH FLICK, In Their Own Right,<br><br>Plaintiffs,<br><br>v.<br><br>VAIL PRODUCTS, INC. and CHARLES H. ASCHOFF d/b/a ALL AROUND BETTER CARE<br><br>Defendants. | C.A. No. 05-109 JJF<br><br>TRIAL BY JURY OF TWELVE DEMANDED<br><br>E-FILED |

## NOTICE OF RECORDS DEPOSITION

**PLEASE TAKE NOTICE** that the undersigned will take the records deposition of the records custodian for the following:

New Castle County Police*

Medical Examiner**

A. I. Dupont Hospital for Children***

The depositions will take place on Friday, July 29, 2005 beginning at 10 a.m. in the offices of White and Williams LLP, 824 North Market Street, Suite 902, Wilmington, DE 19899-0709.

NOTE: Please note that personal appearance has been waived if the requested records and the affidavit of substitute compliance are received in this office on or before the date of the scheduled depositions.

DOCS DE 112726v1

-2-

        WHITE AND WILLIAMS LLP

        /s/ J.D. Balaguer
        John Balaguer, Esquire, #2537
        824 Market Street, Suite 902
        P.O. Box 709
        Wilmington DE 19899-0709
        (302) 654-0424
        *Attorney for Defendant,*
        *Vail Products, Inc.*

\* **THE ENTIRE INVESTIGATIVE FILE, INCLUDING TRANSCRIPTIONS OF ALL INTERVIEWS, COPIES OF PHOTOGRAPHS, ETC. relating to VICTORIA FLICK, DOB: 6/3/97, DOD:8/1/04, COMPLAINT#: 32-04-101319.**

\*\* **THE ENTIRE FILE INCLUDING THE AUTOPSY REPORT relating to VICTORIA FLICK, DOB: 6/3/97, DOD: 8/1/04.**

\*\*\***THE ENTIRE MEDICAL RECORD FROM INITIAL DATE OF TREATMENT THROUGH JULY, 2003 FOR ALL IN-PATIENT, OUT-PATIENT AND CLINIC VISITS relating to VICTORIA FLICK, DOB: 6/3/97.**

Dated:

-3-

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JOHN AND DEBORAH FLICK, Co-Administrators Of the Estate of VICTORIA C. FLICK, Deceased and JOHN AND DEBORAH FLICK, In Their Own Right, | |
| Plaintiffs, | C.A. No. 05-109 JJF |
| v. | TRIAL BY JURY OF TWELVE DEMANDED |
| VAIL PRODUCTS, INC. and CHARLES H. ASCHOFF d/b/a ALL AROUND BETTER CARE | **E-FILED** |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I, John Balaguer, Esquire do hereby certify that on this  24th  day of June, 2005, two copies of the **Notice of Records Deposition** were served upon the following by First Class Mail, postage prepaid and electronically filed via Lexis Nexis File and Serve:

W. David Arnold, Esquire
Arnold & Caruso, Ltd.
1822 Cherry Street
Toledo, Ohio  43609-2801

Ben T. Castle, Esquire
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Robert N. Hunn, Esquire
Kolsby, Gordon, Robin, Shore & Bezar
Suite 2250
1650 Market Street

Philadelphia, PA 19103

Andrew J. Flame, Esquire
Drinker Biddle & Reath, LLP
1100 North Market Street
Suite 1000
Wilmington, DE 19801-1254

Joseph K. Cobuzio, Esquire
Tompkins, McGuire, Wachenfeld & Barry, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102

        WHITE AND WILLIAMS LLP

        _/s/ J.D. Balaguer_
        John Balaguer, Esquire #2537
        824 Market Street, Suite 902
        P.O. Box 709
        Wilmington DE 19899-0709
        (302) 654-0424
        *Attorney for Defendant,*
        *Vail Products, Inc.*

Dated: