IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN and DEBORAH FLICK, Co-Administrators of the Estate of VICTORIA C. FLICK, Deceased, and JOHN and DEBORAH FLICK, In Their Own Right,<br><br>             Plaintiffs,<br><br>v.<br><br>VAIL PRODUCTS, INC., and CHARLES H. ASCHOFF d/b/a ALL AROUND BETTER CARE,<br><br>             Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 05-109 (JJF)<br>)<br>) E-FILED<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I hereby certify that Plaintiffs' Response to Interrogatories of Defendant, Vail Products, Inc., Plaintiffs' Response to First Set of Interrogatories of Defendant, Charles H. Aschoff, and Plaintiffs' Response to Request For Production of Documents of Defendant, Vail Products, Inc., were served by mail on August 3, 2005 as follows:

Matthew P. O'Malley, Esquire
Tompkins, McGuire,
Wachenfeld & Barry, LLP
Four Gateway Center – 5th Floor
100 Mulberry Street
Newark, NJ 07102

Andrew J. Flame, Esquire
David P. Primack, Esquire
Drinker, Biddle & Reath, LLC
1100 North Market Street, Suite 1000
Wilmington, DE 19801-1254

John D. Balaguer, Esquire
White and Williams
824 North Market Street, Suite 902
Wilmington, DE 19899-0709

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Ben T. Castle
Ben T. Castle (520)
Neilli Mullen Walsh (2707)
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
(302) 571-6618/6603
Attorneys for Plaintiffs

Dated: 8/5/05

## CERTIFICATE OF SERVICE

I, Robert N. Hunn, attorney for plaintiffs, hereby certify and state that a true and correct copy of Plaintiffs' Response to Interrogatories of Defendant, Vail Products, Inc., Plaintiffs' Response to First Set of Interrogatories of Defendant, Charles H. Aschoff, and Plaintiffs' Response to Request For Production of Documents of Defendant, Vail Products, Inc. was served by First Class Mail, postage prepaid, this 3rd day of August, 2005 upon the following:

>Matthew P. O'Malley, Esquire
>Tompkins, McGuire, Wachenfeld & Barry, LLP
>Four Gateway Center - 5th Floor
>100 Mulberry Street
>Newark, New Jersey 07102

>John D. Balaguer, Esquire
>White and Williams
>824 N. Market Street - Suite 902
>P.O. Box 709
>Wilmington, DE 19899-0709

>Andrew J. Flame, Esquire
>David P. Primack, Esquire
>Drinker, Biddle & Reath, LLC
>1100 North market Street, Suite 1000
>Wilmington, Delaware 19801-1254

**KOLSBY, GORDON, ROBIN, SHORE & BEZAR**

_Robert N. Hunn /s/_
ROBERT N. HUNN
Suite 2250, 1650 Market St.
Philadelphia, PA 19103
rhunn@kolsbygordon.com

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP


   Ben T. Castle  /s/
BEN T. CASTLE
The Brandywine Building
1000 West Street, 17th floor
Wilmington, DE  19801

ATTORNEYS FOR PLAINTIFFS