## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

JOHN AND DEBORAH FLICK, Co-
Administrators Of the Estate of VICTORIA C.
FLICK, Deceased and JOHN AND DEBORAH
FLICK, In Their Own Right,

                Plaintiffs,

   v.

VAIL PRODUCTS, INC. and CHARLES H.
ASCHOFF d/b/a ALL AROUND BETTER CARE

                Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

C.A. No.  05-109 JJF

TRIAL BY JURY OF TWELVE
DEMANDED

**E-FILED**

## STIPULATION OF VOLUNTARY DISMISSAL

The parties, through their undersigned counsel, agree that all claims in this matter are

hereby dismissed with prejudice.

WHITE AND WILLIAMS LLP

YOUNG, CONAWAY, STARGATT & TAYLOR,
LLP

_____
John D. Balaguer, Esquire (#2537)
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE  19899-0709
*Attorney for Defendant, Vail Products,
Inc.*

_____
Ben T. Castle, Esquire
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
*Attorney for Plaintiffs*

DOCS_DE 114850v1

DRINKER BIDDLE & REATH, LLP

Andrew J. Flame, Esquire
1100 North Market Street
Suite 1000
Wilmington, DE 19801-1254
*Attorney for Defendant, Charles H. Aschoff d/b/a*
*All Around Better Care*

SO ORDERED,

_____

Joseph J. Farnan, Jr.
U.S. District Court

-2-

DOCS_DE 114850v1

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

JOHN AND DEBORAH FLICK, Co-
Administrators Of the Estate of VICTORIA C.
FLICK, Deceased and JOHN AND DEBORAH
FLICK, In Their Own Right,

                Plaintiffs,

    v.

VAIL PRODUCTS, INC. and CHARLES H.
ASCHOFF d/b/a ALL AROUND BETTER CARE

                Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

C.A. No.  05-109 JJF

TRIAL BY JURY OF TWELVE
DEMANDED

**E-FILED**

## CERTIFICATE OF SERVICE

I, John D. Balaguer, Esquire, certify that on this __9th__ day of September, 2005, two

copies of **STIPULATION OF DISMISSAL** was served upon the following via electronic file

and/or regular mail:

Ben T. Castle, Esquire
Young, Conaway, Stargattt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
*Attorney for Plaintiffs*

Andrew J. Flame, Esquire
Drinker Biddle & Reath, LLP
1100 North Market Street
Suite 1000
Wilmington, DE 19801-1254
*Attorney for Defendant, Charles H. Aschoff
d/b/a All Around Better Care*

**WHITE and WILLIAMS  LLP**

JOHN D. BALAGUER (#2537)
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE  19899-0709
(302) 467-4501
*Attorneys for Defendant*